UNITED STATES DISTRICT COURT
DISTRICT OF MAINE


JASON GENARO MORALES )
MARTINEZ, )
  )
   Petitioner. )
  )
v. )  Civil No. 1:26-cv-00129-LEW
  )
DERRICK STAMPER, et al., )
  )
   Respondent. )


<u>JUDGMENT</u>


     Pursuant to the Order on Petition for Writ of Habeas Corpus entered by

Chief U.S. District Judge Lance E. Walker, on March 16, 2026;

     The Petition for Writ of Habeas Corpus is conditionally granted.



                Jennifer P. Lyons, Clerk



             By:   <u>/s/ Stacey Graf</u>
                  Deputy Clerk



Dated: March 17, 2026